UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIRA WAHLSTROM,
    Plaintiffs

v.

ZURICH AMERICAN INSURANCE
COMPANY, and AMERICAN
GUARANTEE AND LIABILITY
INSURANCE COMPANY,
    Defendants

Civil Action No.: 1:19-CV-12208-LTS

## NOTICE OF APPEARANCE

Attorney Philip N. Beauregard of the Law Offices of Beauregard, Burke and Franco herewith gives notice of his appearance as counsel for the Plaintiff, Kira Wahlstrom, in the above-entitled action.

          Respectfully submitted,
          The Plaintiff,
          By her attorneys,

          /s/ *Philip N. Beauregard*

          Philip N. Beauregard,
          BBO# 034780
          Law Offices of Beauregard, Burke and Franco.
          32 William Street
          New Bedford, MA 02740
          508 993-0333
Dated: March 10, 2021          pbeauregard@bbflawoffices.com