UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:19-CV-12208-LTS

_____

KIRA WAHLSTROM,
        Plaintiffs

v.

ZURICH AMERICAN INSURANCE
COMPANY, and AMERICAN
GUARANTEE AND LIABILITY
INSURANCE COMPANY,
        Defendants

_____

## REQUEST FOR STATUS CONFERENCE

The Court has held two Status Conferences by Zoom on November 17, 2020 and April 7, 2021.

The Court informed the parties that if the parties needed another Status Conference we could request one.

By agreement the parties extended Discovery to September 10, 2021 and Plaintiff's expert disclosures to October 12, 2021.

A status conference is requested to adjust the schedule and disclosure dates, in order to complete discovery and amend the pleadings.

Defendant assents to a status conference but would object to any amendment to the complaint.

The Plaintiff,
By her attorney,
*/s/ David J. Hoey*
_____
David J. Hoey, Esq. BBO #: 628619
Law Office of David J. Hoey, P.C.

352 Park Street, Suite 105
North Reading, MA 01864
P: (978)664-3633
Dated: September 16, 2021                    E: dhoey@hoeylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party having an appearance in this case via CM/ECF, if available, or otherwise by E-Mail on September 16, 2021.

/s/ David J. Hoey

_____

David J. Hoey