## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br>          Plaintiff<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY<br>          Defendants | NO.   1:19-cv-12208-LTS |

### DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWERS

Pursuant to Fed. R. Civ. P. 15(a) and pursuant to this Court's Order of July 14, 2022 (Doc. No. 73), Defendants Zurich American Insurance Company ("Zurich") and American Guarantee and Liability Insurance Company ("AGLIC") seek leave to file an Amended Answer which attached as Exhibit A.  The amendments are to Paragraphs 37, 39, and 44 of the Answers. Defendants seek leave to correct a mistake that was brought to their attention at the July 14 hearing on their motion for summary judgment and to update the pleadings to reflect the undisputed facts of this case.

This case concerns allegations of unfair claims settlement practices by an excess insurer. Specifically, Plaintiff alleges that Defendants did not make settlement offers as soon as liability was reasonably clear in violation of G.L. c. 176D and G.L. c. 93A. The current Answers incorrectly states that AGLIC and Zurich made certain offers of settlement that they did not actually make. Defendants did not learn of this error until the July 14 hearing.

In further support of this Motion, Defendants submit their Memorandum of Law in Support of its Motion for Leave to File Amended Answers.

|  |  |
|---|---|
|  | DEFENDANTS, |
|  | ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY |
|  | By their attorneys, |
|  | */s/ Allen N. David*<br>Allen N. David, BBO #115000<br>Scarlett M. Rajbanshi, BBO #666103<br>Avana A. Epperson-Temple, BBO #695292<br>PEABODY & ARNOLD LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 951-2100<br>adavid@peabodyarnold.com |
| Dated:  July  15 , 2022 | aeppersontemple@peabodyarnold.com |

**CERTIFICATE OF SERVICE**

    I, Allen N. David, hereby certify that on this 15th day of July, 2022 , this document was served by electronic delivery through the CM/ECF system on the registered participants as identified on the Notice of Electronic filing, which will forward copies to Counsel of Record.

    */s/ Allen N. David*
    Allen N. David