# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM, <br>         Plaintiff <br> v. <br> ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY <br>         Defendants | NO. 1:19-cv-12208 |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1. Do you have any negative feelings or opinions about insurance companies?

2. Have you or a member of your immediate family ever been in a dispute with an insurance company?

3. Do you own or have you ever owned a commercial building or piece of property that is insured?

4. To your best recollection, have you seen any news media or other media related to the sexual assault of Plaintiff Kira Wahlstrom?

5. Have you or a loved one ever been a victim of a violent crime?

6. Have you or a loved one ever been subjected to sexual abuse or sexual assault?

7. Do you or a loved one work and/or volunteer with individuals who have been subjected to sexual abuse or sexual assault?

8. Do you have a tenancy to believe a witness that is a lawyer or judge over a witness who is not?

DEFENDANTS,

ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

By their attorneys,

*/s/ Allen N. David*
Allen N. David, BBO #115000
Scarlett M. Rajbanshi, BBO #666103
Avana A. Epperson-Temple, BBO #695292
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
adavid@peabodyarnold.com
srajbanshi@peabodyarnold.com
aeppersontemple@peabodyarnold.com

Dated: June 23, 2023