# EXHIBIT C

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

KIRA WAHLSTROM,

        Plaintiff

v.

ZURICH AMERICAN INSURANCE COMPANY
and AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY

        Defendants

NO. 1:19-cv-12208

# SPECIAL VERDICT

Q1: Did the Defendant American Guarantee and Liability Insurance Company ("AGLIC") fail to make a reasonable settlement offer under all the circumstances when liability was reasonably clear?

    YES_____          NO_____

[If you answered Question 1 "yes," proceed to Question 2. If you answered "no," proceed to the end.]

Q2: On What date did liability become reasonably clear?

    _____
       Date

[Proceed to Question 3].

Q3: What amount of money should a reasonable settlement offer have been on the date you determined in response to Question 2?

    $_____

[Proceed to Question 4].

Q4: What is a reasonable interest rate as of the date you determined in response to Question 2?

_____%

[Proceed to Question 5].

Q5: What amount of money will compensate the plaintiff for the loss of use of the amount you determined in response to Question 3 from the date you determined in response to Question 2?

$_____

[Proceed to Question 6].

Q6: Did AGLIC intentionally inflict emotional distress on the plaintiff?

YES_____     No_____

[If you answered Question 6 "yes," proceed to Question 7. If you answered "no," proceed to the end.]

Q7: What amount of money will compensate the plaintiff for AGLIC's intentional infliction of emotional distress?

$_____

[Proceed to Question 8].

Q8: Did the defendant Zurich American Insurance Company use AGLIC to perpetrate a fraud or commit a wrong against the plaintiff?

YES_____     No_____

_____
Foreperson

_____
Date