UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 1:19-CV-12208-LTS

| | |
|---|---|
| KIRA WAHLSTROM, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| ZURICH AMERICAN INSURANCE | ) |
| COMPANY and AMERICAN GUARANTEE | ) |
| AND LIABILITY INSURANCE COMPANY, | ) |
| | ) |
| Defendants | ) |

## CLARIFICATION OF NOTICE OF ATTORNEY'S LIEN

The Law Offices of David Hoey ("Hoey") hereby files this clarification of the Notice of Attorney's Lien filed on February 25, 2022. Hoey agrees to assert the lien only as to Kira Wahlstrom and or her counsel. Hoey will not seek any monies from Zurich or American Guarantee

Respectfully Submitted,

Law Office of David J. Hoey, P.C.

/s/ *David J. Hoey*

David J. Hoey, Esq. BBO #: 628619
352 Park Street, Suite 105
North Reading, MA 01864
P: (978)664-3633
E: dhoey@hoeylaw.com

Dated: July 24, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and copies were sent by first-class mail to those indicated as non-registered participants on July 24, 2023.

/s/ *David J. Hoey*

David J. Hoey, BBO# 628619